IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00772-ZLW

VINCENT GEORGE KOURIS,

        Plaintiff,

v.

JUDGE RICHARD THOMAS GURLEY, 21st Judicial District Court, Mesa County,
JUDGE AMANDA BAILEY, 21st Judicial District Court, Mesa County,
DA PETE HATZINGER, District Attorneys Office 21st Judicial District,
DA MARK HAND & COMPLETE STAFF, District Attorneys Office 21st Judicial District,
MR. WILSON, Office of the Colorado State Public Defender,
FRANCIS BROWN, Office of the Colorado State Public Defender,
STEVE COLVIN & COMPLETE STAFF, Office of the Colorado State Public Defender,
GOVENOR BILL RITTER, For Colorado Department of Corrections,
SGT. NORA KURTZ, Arkansas Valley Correctional Facility Mail Room,
MAJOR JARAMILLO & COMPLETE STAFF, Arkansas Valley Correctional Facility Mail
    Room,
ASS. WARDEN TREVOR WILLIAMS, Arkansas Valley Correctional Facility,
JOHN SUTHERS, Colorado Attorney General,
ALBERTO GONZALES, U.S. Attorney General,
UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.,
ALLEN STANLEY AND COMPLETE STAFF, Colorado State Board of Parole,
JEANEEN MILLER, Colorado Department of Corrections, Division of Adult Parole and
    Community Corrections,
JOHN DOE & JANE DOE 1-100, and
OFFICER MORENO, Grand Junction Police Dept.,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal on July 10, 2007. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he

1

wishes to pursue this appeal.

**(A)** **Filing Fee**
  <u> X </u>   is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
  <u> X </u>   is not submitted
  ___   is missing affidavit
  ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
  ___   is missing required financial information
  ___   is missing an original signature by the prisoner
  ___   is not on proper form (must use the court's current form)
  ___   other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  25  day of              July         , 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court